**In the United States District Court**
**for the District of Kansas**

---

Case No. 25-cv-02678-TC-JBW

---

SHAWN MICHAEL TREIBER,

*Plaintiff*

v.

ORIZON AEROSTRUCTURES, LLC, ET AL.,

*Defendants*

---

# ORDER

Magistrate Judge Jennifer B. Wieland issued a Report and Recommendation advising that plaintiff Shawn Michael Treiber's Complaint be dismissed in part pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as Treiber has failed to state a claim against individual defendants Josh Whyte and Jay Crumrine because the Americans with Disabilities Act, the Rehabilitation Act, and the Kansas Act Against Discrimination do not provide for individual liability. Doc. 10.

When a magistrate judge has issued a report and recommendation on a dispositive pretrial matter, a party objecting to the recommendation must "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). The district judge must then

> determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). This means that objections to a magistrate judge's recommended disposition must be "both timely and specific to preserve an issue for de novo review by

the district court . . . ." *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). To be timely, the objection must be made within 14 days after service of a copy of the recommended disposition. Fed. R. Civ. P. 72(b)(2). Objections are sufficiently specific if they "focus the district court's attention on the factual and legal issues that are truly in dispute." *One Parcel of Real Prop.*, 73 F.3d at 1060. Where a party fails to make a proper objection, a district court may review the recommendation under any standard it deems appropriate, even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted); *Gilbert v. United States Olympic Comm.*, 423 F. Supp. 3d 1112, 1125 (D. Colo. 2019).

Treiber has not filed an objection and the time in which to do so has passed. After reviewing Judge Wieland's Report and Recommendation, there appears no clear error. Accordingly, the Report and Recommendation, Doc. 10, is adopted in full. Treiber's claims against defendants Whyte and Crumrine are dismissed, and Whyte and Crumrine are dismissed from this action. Treiber shall file an Amended Complaint naming only his employer, Orizon Aerostructures, LLC, as a defendant within 14 days of the date of this Order.

It is so ordered.

Date: October 30, 2026

s/ Toby Crouse
Toby Crouse
United States District Judge